```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/15/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

              -against-

LIVAN FERNANDEZ,

                          Defendant.
----------------------------------------------------------X

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Monday, April 27, 2020, is adjourned to June 23, 2020, at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
      April 15, 2020

                                                 /s/ Kimba M. Wood /
                                                   KIMBA M. WOOD
                                         United States District Judge