```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/22/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

LIVAN FERNANDEZ,

                Defendant.

--------------------------------------------------------X

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, June 23, 2020, is adjourned to October 5, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
       June 22, 2020

                                             /s/ Kimba M. Wood /
                                               KIMBA M. WOOD
                                          United States District Judge