UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

LIVAN FERNANDEZ,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/20

KIMBA M. WOOD, District Judge:

        The Court will hold a teleconference, on the defendant's violation of supervised release, on Monday, August 17, 2020, at 11:00 a.m.

        To join the telephone conference, the parties should dial 888-363-4749 and enter access code 1613818.

        SO ORDERED.

Dated: New York, New York
           July 21, 2020

                                                          *Kimba M. Wood*
                                             KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE