UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

LIVAN FERNANDEZ,

                            Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/20

KIMBA M. WOOD, District Judge:

    The Court hereby ORDERS Lee Ginsberg to submit to this Court an Affidavit, no later than August 28, 2020, stating why he and his client were absent from the Court teleconference in this matter, on August 17, 2020, which teleconference was scheduled and posted on ECF weeks ago. Mr. Ginsberg's absence resulted in wasted time by the undersigned, the AUSA, the Probation Officers and the Court Reporter.

    SO ORDERED.

Dated: New York, New York
         August 24, 2020

                                            KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE