UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/21

    -against                                    **ORDER**
                                   16 CR 311 (KMW)

LIVAN FERNANDEZ,

                           Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote hearing on the defendant's violation of supervised release

on Thursday, February 18, 2021, at 12:00 p.m.

Members of the press and public who wish to hear the proceedings should dial 917-933-

2166 and enter Conference ID 232771043.

SO ORDERED.

Dated: New York, New York
       February 8, 2021

                                     _____
                                      KIMBA M. WOOD
                           UNITED STATES DISTRICT JUDGE