U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_2/17/21_____

February 16, 2021

**By ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Livan Fernandez, 16 Cr. 311 (KMW)

Dear Judge Wood:

The Government writes in advance of the violation of supervised release conference currently scheduled for February 18, 2021. The alleged conduct underlying Mr. Fernandez's violation proceeding is currently the subject of a prosecution in Bronx County. The Government understands based on communications with Mr. Fernandez's probation officer that the Bronx County case is currently adjourned in contemplation of dismissal, with a court date next scheduled for March 25, 2021. In order to permit the potential conclusion of the Bronx County case, which may in turn facilitate a proposed resolution of the current violation, the Government respectfully requests that the Court adjourn the upcoming conference to a date after March 25, 2021.   **Granted - KMW**

The Government has conferred with Peter Quijano, Esq., counsel for Mr. Fernandez, who has no objection to the adjournment and has noted that he is available for a conference during the week of March 29 through April 2, as is the Government.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: \_/s/ Andrew C. Adams_____
Andrew C. Adams
Assistant United States Attorney
(212) 637-2340

**The February 18, 2021 conference is adjourned to Monday, March 29, 2021 at 2:00pm.**

**SO ORDERED.**

*/s/ Kimba M. Wood*
_____
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**