UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

LIVAN FERNANDEZ,

                         Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/21

KIMBA M. WOOD, District Judge:

       The Court will hold a remote conference on Monday, March 29, 2021, at 2:00 p.m.

Member of the press and public who with to hear the proceedings should dial 917-933-2166 and enter conference ID 232771043.

       SO ORDERED.

Dated: New York, New York
         March 24, 2021

                                                KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE