TDB | LAW
Treanor Devlin Brown PLLC

ARLO DEVLIN-BROWN
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

The Helmsley Building
230 Park Avenue, Suite 450
New York, NY 10169

November 25, 2026

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: United States v. Livan Fernandez, 16 CR 311-4 (KMW) (VOSR)**

Dear Judge Wood:

On behalf of our client, Mr. Livan Fernandez, we respectfully request that the Court approve overnight travel to the Southern District of New York ("SDNY") from November 25, 2026, through November 27, 2026, so he can attend family Thanksgiving activities.

We apologize for this last-minute request. It was our understanding of the bail conditions that the supervising Probation Officer had ample authority to grant this request – which she does not oppose – but the Probation Office believes that further judicial authorization is required.

Mr. Fernandez's existing conditions of supervised release reflect that he "must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer." *See United States v. Fernandez,* No. 16-CR-311 (KMW), Judgment at 4 (S.D.N.Y. Aug. 1, 2023). When Mr. Fernandez appeared on September 15, 2026, the Court imposed GPS monitoring and authorized travel to the SDNY with the Probation Office's approval, which Mr. Fernandez advised that he needed in order to seek employment. The docket entry suggests that the Probation Office's ability to permit travel to the SDNY limited to matters of employment (and not, therefore, for other valid reasons like medical, religious or family matters).

Given this ambiguity, Mr. Fernandez respectfully requests approval for overnight travel to locations in the Bronx, New York, that he will share with the Probation Office so that he may spend Thanksgiving Eve and Thanksgiving Day with his loved ones.

To avoid the need to further inconvenience the Court, Mr. Fernandez also respectfully requests that the Court permit the Probation Office to authorize travel within the SDNY at the discretion of the Probation Office, without the need for further judicial review.

Respectfully submitted,

___/s/______________________
Arlo Devlin-Brown

Covington & Burling LLP
Kevin JeanBaptiste
Amanda Kramer

cc: Counsel of Record, Probation Office